**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**RICHARD CRAVERO,**

    Petitioner,

vs.                                         Case No. 4:13cv511-RH/CAS

**SECRETARY, DEPARTMENT OF CORRECTIONS,
STATE OF FLORIDA,**

    Respondent.

_____/

**REPORT AND RECOMMENDATION
TO TRANSFER HABEAS CORPUS PETITION**

On July 2, 2013, Petitioner Richard Cravero, proceeding pro se, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 in the United States District Court, Central District of California. Doc. 1. Petitioner paid the filing fee. *See* Doc. 13.

Petitioner is currently a prisoner in the custody of the United States Bureau of Prisons at the United States Penitentiary in Lompoc, California. Doc. 8 at 1. By order dated September 4, 2013, the United States District Court, Central District of California, transferred the habeas corpus petition to this Court, explaining that Petitioner is in federal custody pursuant to convictions in the United States District Court for the Southern District of Florida and that the State of Florida "has also placed a detainer on

Petitioner related to the Florida state criminal case." *Id*. The transferring court further explained that Petitioner "makes clear that he is not challenging his pending federal sentence, but rather his impending Florida state sentence, and, accordingly, he has named the Secretary of the Florida Department of Corrections as Respondent." *Id*. at 2.

Review of Petitioner's habeas corpus petition reveals that he challenges "a state sentence" imposed by the "Circuit Court of Dade County, Florida." Doc. 1 at 2. Dade County, in the Eleventh Judicial Circuit of Florida, is in the Southern District of Florida. Doc. 1; *see* 28 U.S.C. § 89(c). Accordingly, to the extent that this is a § 2254 petition challenging an "impending Florida state sentence," because Petitioner is not incarcerated in this district and does not challenge the judgment of a state court located in this district, jurisdiction is not appropriate here. 28 U.S.C. § 2241(d) (providing that state prisoner may file habeas petition in district where he was convicted and sentenced or in district where he is incarcerated). Jurisdiction is appropriate in the United States District Court for the Southern District of Florida, Miami Division, where the Eleventh Judicial Circuit Court of Florida is located. S.D. Fla. R. 3.1(c). It is therefore respectfully **RECOMMENDED** that the case file be **TRANSFERRED** to the United States District Court for the Southern District of Florida, Miami Division, for all further proceedings.

**IN CHAMBERS** at Tallahassee, Florida, on October 4, 2013.

    S/ Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO PARTIES**

**Within fourteen (14) days after being served with a copy of this report and recommendation, a party may serve and file specific, written objections to the proposed findings and recommendations. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**